IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL A. JAMES,

        Plaintiff,                     No. CIV S-06-0028 MCE GGH P

   vs.

SACRAMENTO COUNTY, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. 1983. On January 23, 2006, the court issued an order finding that plaintiff's complaint stated a colorable claim for relief against defendants Mendoza and Britton. The court dismissed the claims against defendant Sacramento County with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court recommends dismissal of defendant Sacramento County for the reasons stated in the January 23, 2006, order. The court has separately ordered service of defendants Mendoza and Britton.

        IT IS HEREBY RECOMMENDED that defendant Sacramento County be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   3/15/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
ja28.56