IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL A. JAMES,

   Plaintiff,       No. CIV S-06-0028 MCE GGH P

  vs.

SACRAMENTO COUNTY, et al.,

   Defendants.     <u>ORDER</u>

_____/

   Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. 1983. On January 23, 2006, the court issued an order finding that plaintiff's complaint stated a colorable claim for relief against defendants Mendoza and Britton. The court dismissed the claims against defendant Sacramento County with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court orders service of defendants Mendoza and Britton. The court separately recommends dismissal of defendant Sacramento County.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Service is appropriate for the following defendants: Mendoza and Britton.

   2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed January 5, 2006.

1

1        3.  Within thirty days from the date of this order, plaintiff shall complete the
2  attached Notice of Submission of Documents and submit the following documents to the court:
3        a.  The completed Notice of Submission of Documents;
4        b.  One completed summons;
5        c.  One completed USM-285 form for each defendant listed in number 3
6        above; and
7        d.  Three copies of the endorsed complaint filed January 5, 2006.
8        4.  Plaintiff need not attempt service on defendants and need not request waiver of
9  service.  Upon receipt of the above-described documents, the court will direct the United States
10 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11 without payment of costs.
12 DATED: 3/15/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
ja28.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL A. JAMES,

       Plaintiff,                          No. CIV S-06-0028 MCE GGH P

      vs.

SACRAMENTO COUNTY, et al.,        NOTICE OF SUBMISSION

       Defendants.                    OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __2__     completed USM-285 forms

     __3__     copies of the _____
                                   Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff