IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL A. JAMES,

       Plaintiff,                No. CIV S-06-0028 MCE GGH P

   vs.

SACRAMENTO COUNTY, et al.,

       Defendants.          <u>ORDER</u>

/

       Pursuant to the November 29, 2006, scheduling order, plaintiff's pretrial statement is due on August 3, 2007, defendants' pretrial statement is due on August 17, 2007, and the pretrial conference is set for August 24, 2007. The jury trial is set for November 14, 2007.

       On June 4, 2007, the parties filed a stipulation to continue the pretrial conference and jury trial dates on grounds that defense counsel has conflicting trials beginning in this court in November 2007. The court will vacate and re-set the jury trial date. The pretrial conference and dates set for filing of pretrial statements need not be changed.

/////

/////

////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that the jury trial set for November 14, 2007, before the Honorable Morrison C. England is vacated and re-set for February 4, 2008, at 9 a.m. |

DATED: 6/15/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

jam28.ord